IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN AUSTIN
ADC #167150                                                                PLAINTIFF

v.                          No. 5:19-cv-120-DPM

DARRELL GOLDEN, Warden,
Delta Regional Unit, ADC; and
LINDA DYKES, Deputy Warden,
Delta Regional Unit, ADC                                                  DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 6. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Austin's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 November 2019