IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN AUSTIN
ADC #167150                                                          PLAINTIFF

v.                       No. 5:19-cv-120-DPM

DARRELL GOLDEN, Warden,
Delta Regional Unit, ADC; and
LINDA DYKES, Deputy Warden,
Delta Regional Unit, ADC                                          DEFENDANTS

## JUDGMENT

Austin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 November 2019